| Information to identify the case: | | |
|---|---|---|
| Debtor: | **Jacks Donuts of Indiana Commissary LLC** <br> Name | EIN:  87–3582875 |
| United States Bankruptcy Court – Southern District of Indiana | | Date case filed in chapter 11:  October 29, 2025 |
| Case number:  **25–06610–JJG–11** | | |

## Official Form 309F1 (For Corporations or Partnerships)
## Notice of Chapter 11 Bankruptcy Case
10/2020

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and the debtor, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who want a debt excepted from discharge may be required to file a complaint within the deadline specified in this notice. (See "Discharge of debts" section for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at pacer.insb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Jacks Donuts of Indiana Commissary LLC | |
| 2. | **Other names** <br> (used in last 8 years) | dba Jacks Donuts | |
| 3. | **Address** | P.O. Box 933 <br> New Castle, IN 47362 | |
| 4. | **Debtor's attorney** <br> Name and address | Jeffrey M. Hester <br> One Indiana Square <br> 211 N. Pennsylvania Street <br> Ste 1330 <br> Indianapolis, IN 46204 | Contact info: 317–833–3030 or <br> jhester@hbkfirm.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address or ecf.insb.uscourts.gov. You may inspect all records filed in this case at this office or pacer.insb.uscourts.gov. | United States Bankruptcy Court <br> Southern District of Indiana <br> 46 E Ohio St Rm 116 <br> Indianapolis, IN 46204 | Open weekdays 8:30 AM – 4:00 PM ET <br><br> Contact info: 317–229–3800 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. | **December 2, 2025 at 10:00 AM Eastern** <br><br> Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. | Location:  **Telephonic** <br> Trustee:  **U.S. Trustee** <br> Phone:  **888–330–1716** <br> Passcode: **6790688** |

For more information, see page 2 >

Debtor Jacks Donuts of Indiana Commissary LLC                                      Case number 25–06610–JJG–11

| | | |
|---|---|---|
| **7.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to challenge whether certain debts are dischargeable:**  **February 2, 2026**<br>**You must file a complaint by the deadline:**<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(c).<br><br>**Deadline for filing proof of claim:**<br>Notice of deadline will be sent at a later time. A proof of claim is a signed statement describing a creditor's claim. Instructions for filing a proof of claim or obtaining a form can be found at www.insb.uscourts.gov/filing_claims.html. A proof of claim form can also be obtained from any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless one of the following applies:<br>• Your claim is designated as *disputed*, *contingent*, or *unliquidated*.<br>• You file a proof of claim in a different amount.<br>• You receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or pacer.insb.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have a question about your rights in this case. |
| **9.** | **Filing a chapter 11 bankruptcy case** | Chapter 11 allows the debtor to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the business. |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a debt excepted from discharge under 11 U.S.C. § 523(c), you must file a complaint and pay the filing fee by the deadline. |